FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR - 8 2025

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 25-716 KWR |
| vs. | ) Count 1: 18 U.S.C. §§ 1153 and 113(a)(6): Assault Resulting in Serious Bodily Injury; |
| **RAESHAWN DOCTOR** and **HARLEY NELSON,** | ) |
| Defendants. | ) Count 2: 18 U.S.C. § 1153 and N.M. STAT. ANN. § 30-6-1(D): Abandonment and Abuse of a Child, Recklessly Caused. |

# INDICTMENT

The Grand Jury charges:

## Count 1

On or about September 9, 2024, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **RAESHAWN DOCTOR**, an Indian, assaulted Jane Doe, and the assault resulted in serious bodily injury.

In violation of 18 U.S.C. §§ 1153 and 113(a)(6).

## Count 2

From on or about September 9, 2024, and continuing to on or about January 31, 2025, in Indian Country, in San Juan County, in the District of New Mexico, the defendants, **RAESHAWN DOCTOR** and **HARLEY NELSON,** Indians, and parents, guardians and custodians of Jane Doe, a minor under the age of 18, knowingly, recklessly, and without justifiable cause, permitted Jane Doe to suffer from medical neglect and recklessly permitted Jane Doe to be placed in a situation that may have endangered the life and health of Jane Doe.

In violation of 18 U.S.C. § 1153(b) and N.M. STAT. ANN. § 30-6-1(D).

A TRUE BILL:

/S/
_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney